**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-00585

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Brent Andre Utley<br>       Debtor.<br>_____<br>HSBC Bank USA, Natl. Assoc., as Trustee for Home Equity Loan Trust Series ACE 2005-HE5<br><br>       Movant,<br>  vs.<br><br>Brent Andre Utley,Debtor; Edward J. Maney,Trustee.<br><br>       Respondents. | No. 2:08-bk-19114-GBN<br><br>Chapter 13<br><br>O R D E R<br><br>(Relating to docket #156) |

IT IS HEREBY ORDERED that Movant's Notice of Default is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.