**ORDERED ACCORDINGLY.**

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-00585

Dated: January 27, 2011



_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

IN RE:

Brent Andre Utley
       Debtor.
_____
HSBC Bank USA, Natl. Assoc., as Trustee for
Home Equity Loan Trust Series ACE 2005-HE5

       Movant,
vs.

Brent Andre Utley,Debtor; Edward J.
Maney,Trustee.

       Respondents.

No. 2:08-bk-19114-GBN

Chapter 13

O R D E R

(Relating to docket #167)

    IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.